IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA Y. REESE | § | |
| | § | |
| VS. | § | ACTION NO. 4:21-CV-878-Y |
| | § | |
| UNITED PETROLEUM TRANSPORTS INC., et al. | § § | |

## FINAL JUDGMENT

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Court's order granting Defendants' motion for summary judgment, dated this same day, this case is **DISMISSED with prejudice.**

SIGNED September 25, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE